UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>$40,000.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　　　　　　Defendant.<br><br>JOHN R. GAGLIARDI,<br><br>　　　　　　　　　　　Claimant. | Case No. 3:13-CV-0405-LRH (VPC)<br><br>ORDER |

Before the Court is the motion of claimant John Gagliardi to compel the Reno Police Department and the Sparks Police Department to respond more fully to the subpoenas issued to each entity in January 2014 (#38). The City of Sparks opposed (#42) and claimant replied (#46). The City of Reno filed a joinder to the opposition of the City of Sparks (#49), but failed to file a memorandum in opposition (#47). At the March 27, 2014, case management conference, counsel for claimant agreed to extend the time for the City of Reno to oppose (#47), and the City of Reno did so (#57). Claimant then replied to the City of Reno (#58).

Counsel for claimant and the City of Reno met and conferred after the March, 27, 2014, hearing, and it appears they may have resolved many of the outstanding disputes, and claimant reports that agreement was reached at to items 3, 4, 5, 6, 7, and 8 (#58).[1] However, the City of Reno appears to dispute the resolution claimant reports the parties had reached (#57).

IT IS ORDERED that counsel for the claimant and the City of Reno shall file a supplemental case management report no later than Monday, May 19, 2014, and report on each

---

[1] Documents responsive to Items 1 and 2 have already been produced ((#57).

category of documents requested by the *subpoena duces tecum*. As to each category of documents, counsel shall report a final understanding of exactly what has or has not been produced, what requests have been narrowed or withdrawn, and what items remain in dispute and why.

To the extent that claimant and the City of Sparks have resolved some or all of the disputes as to the documents requested of the City of Sparks, these two parties shall also file a supplemental case management report and provide the same information outlined above. This report shall be filed no later than **Monday, May, 19, 2014**.

**IT IS SO ORDERED.**

Dated: May 12, 2014.

_____
UNITED STATES MAGISTRATE JUDGE